# First District Court of Appeal
## State of Florida

_____

No. 1D18-4809
_____

MATTHEW J. DETTLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

September 11, 2019

PER CURIAM.

AFFIRMED.

WOLF, MAKAR, and OSTERHAUS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Gilbert A. Schaffnit, Gainesville, for Appellant.

Ashley Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.